JOSEPH M. KLEIN v. WILLIAM R. KLEIN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed so

appeal can be argued on or before April 17, 1931. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.